USDC SCAN INDEX SHEET

AJG 5/6/05 10:40

3:02-CV-02497 HUBBARD V. RITE AID CORPORATION

*97*

*O.*

05 MAY -5 PM 2:45

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYNN J. HUBBARD, BARBARA HUBBARD,<br>Plaintiffs,<br>v.<br>RITE AID CORPORATION, et al.,<br>Defendants. | Civil No.02-2497-WQH (BLM)<br><br>**ORDER RE: DEFENDANTS' MOTION TO DECLARE PLAINTIFFS VEXATIOUS LITIGANTS AND IMPOSE PRE-FILING RESTRICTIONS**<br><br>[Doc. No. 78] |

Defendants Rite Aid Corporation, Arthur Ciuffo, Jr. and Evelyn Emmerson, Trustees of the Ciuffo Family Trust B (collectively "Defendants") move the Court for an order prohibiting Plaintiffs Lynn J. Hubbard and Barbara J. Hubbard ("Plaintiffs") "from filing any new litigations in the *California courts* without first obtaining leave of the presiding judge of the court in which the litigation is proposed to be filed, to give security in such amount as the Court determines to be appropriate to secure the payment of any costs, sanctions or other amounts which may be awarded against plaintiffs and for the imposition of monetary sanctions against plaintiffs and their counsel." *Defendants' Notice of Motion*, p. 2. Plaintiffs oppose Defendants' motion.

On April 22, 2005, the Court held a hearing on Defendants' motion. After reviewing the papers submitted, the parties' arguments and the relevant law, the Court concludes that it is

97

appropriate to hold Defendants' motion in abeyance pending the resolution of the trial in this case. The Court will rule on Defendants' motion at the completion of the trial.

**IT IS SO ORDERED.**

Dated: 5/4/05

WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE

cc: MAGISTRATE JUDGE BARBARA LYNN MAJOR
All Counsel of Record