US DISTRICT COURT INDEX SHEET

















```
RYC     3/10/06     3:15
3:02-CV-2497 HUBBARD V. RITE AID
*229*
*O.*
```

FILED

06 MAR 10 AM 9:15

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN J. HUBBARD, BARBARA HUBBARD, <br><br>           Plaintiffs, <br> vs. <br> RITE AID CORPORATION, et al., <br><br>           Defendant. | CASE NO. 02CV2497 WQH (BLM) <br><br> ORDER |

HAYES, Judge:

On April 22, 2005, the Court held a hearing on Defendants motion for pre-filing order prohibiting vexatious litigants from filing new litigation without leave of court, to post security, and for monetary sanctions pursuant to Federal Rule of Civil Procedure 11 (#78).

On May 5, 2005, the Court concluded "after reviewing the papers submitted, the parties arguments and the relevant law . . . the Court will rule on Defendants' motion at the completion of trial." Docket no. 97. Trial in this case commenced on December 5, 2005 and concluded on December 9, 2005. After once again reviewing the papers submitted, the parties arguments and the relevant law, IT IS HEREBY ORDERED that Defendants motion for pre-filing order prohibiting vexatious litigants from filing new litigation without leave of court, to post security, and for monetary sanctions pursuant to Federal Rule of Civil Procedure 11 (#78) is DENIED.

Dated: 3/9/06

_____
WILLIAM Q. HAYES
United States District Judge

229 MC

[02cv2497]